IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LAMAR KEMP                                                                                    PLAINTIFF

v.                                          Case No. 6:22-cv-6085

WELLPATH, LLC, *et al*.                                                              DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.[1] ECF No. 20. Judge Bryant recommends that Plaintiff's Motion for Preliminary and Permanent Injunction (ECF No. 15) be denied.

Plaintiff has not filed an objection to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding that there is no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 20) *in toto*. Plaintiff's Motion for Preliminary and Permanent Injunction (ECF No. 15) is hereby **DENIED**.

**IT IS SO ORDERED**, this 10th day of April, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[1] On March 20, 2023, this matter was reassigned to the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas.