IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LAMAR KEMP                                                                                                    PLAINTIFF

v.                                            Case No. 6:22-cv-6085

WELLPATH, LLC, Medical Services Provider
for the Arkansas Division of Corrections;
DR. THOMAS N. DANIEL, Day Clinic, Special
Needs Unit; DR. NANNETTE VOWELL, Hospital,
Special Needs Unit; and NURSE HARRIS                                                          DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 55. Judge Ford recommends that Defendants' Motion for Summary Judgment (ECF No. 30) be granted in part and denied in part. Specifically, Judge Ford recommends that Defendants' request for summary judgment be denied regarding Plaintiff's 42 U.S.C. § 1983 claim of denial of medical care against Defendant Dr. Thomas Daniel in his individual capacity for refusing to authorize "high top" shoes for Plaintiff. Judge Ford recommends that Defendants be granted summary judgment for Plaintiff's remaining claims. Judge Ford further recommends that Plaintiff's Motion to Appoint Counsel[1] (ECF No. 53, p. 3) be denied.

No party has filed an objection to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding that there is no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the R&R (ECF No. 55) *in toto*. Defendants'

---
[1] Judge Ford notes that Plaintiff states his request for an attorney within Plaintiff's response (ECF No. 53) to Defendants' motion for summary judgment and not within a separate motion. However, construing Plaintiff's pro se pleadings liberally, Judge Ford considers Plaintiff's stated need for an attorney in that response as a motion for counsel.

Motion for Summary Judgment (ECF No. 30) is hereby **GRANTED IN PART** and **DENIED IN PART**. Plaintiff's individual capacity claim against Defendant Daniel for refusing to authorize "high top" shoes may proceed. Plaintiff's remaining claims are hereby **DISMISSED WITH PREJUDICE**. Plaintiff's Motion to Appoint Counsel (ECF NO. 53, p. 3) is hereby **DENIED**.

**IT IS SO ORDERED**, this 1st day of March, 2024.

/s/ Susan O. Hickey  
Susan O. Hickey  
Chief United States District Judge