IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LAMAR KEMP                                                                                    PLAINTIFF

v.                                    Case No. 6:22-cv-6085

WELLPATH, LLC, *et al*.                                                                DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 80. Judge Ford first notes that on August 11, 2025, Defendants filed a Suggestion of Death Upon Record which asserts that Plaintiff died on August 9, 2025. ECF No. 78. Judge Ford then notes that the Court subsequently entered an Order stating that, pursuant to Federal Rule of Civil Procedure 25(a)(1), November 10, 2025, would be the deadline for a party to file a motion to substitute a new plaintiff.[1] That deadline passed without any party filing a motion to substitute a new plaintiff. Therefore, Judge Ford recommends that this case be dismissed without prejudice. No party has objected to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the R&R (ECF No. 80) in toto. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 25(a)(1).

**IT IS SO ORDERED**, this 17th day of December, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge

---

[1] "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed." Fed. R. Civ. P. 25(a)(1).